IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE ORDER REQUIRING GOOGLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | Case No. 2:18mj252SRW<br><br>**ORDER** |

Before the Court is the Government's motion for an order requiring Google, Inc. ("Google") to assist law enforcement agents in the search of an Android Device. Upon consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Google assist law enforcement agents in the examination of the Black LG Cellular telephone with It has Model # (Unknown at this time), on the T-Mobile USA network with access number (phone number) 678-973-5253, IMEI # 356233097376906, and is associated with the Gmail account (Unknown at this time), the Black LG Cellular Telephone, acting in support of a search warrant issued separately by this Court;

FURTHER ORDERED that Google shall, if necessary, reactivate the Google account associated with the Android Device;

FURTHER ORDERED that Google shall: (1) provide a single password reset for the mobile device; (2) provide the new password to the law enforcement officer executing the search warrant; and (3) upon unlocking the target mobile device, again reset the Google account password promptly upon notice that the imaging of the phone is complete, without providing it to the law enforcement officer or agency so as to prevent future access;

FURTHER ORDERED that the reset process need not be unobtrusive to the subject, the subject may receive notice to one or more accounts of the reset, and such notice is not a violation of any seal or nondisclosure requirement;

FURTHER ORDERED that the law enforcement agent executing the search warrant is prohibited from using or attempting to use the new password to attempt to access the subject's online accounts other than as synchronized on and stored in memory within the target device at the time of execution of the warrant.

Signed,

_____
SUSAN R. WALKER
UNITED STATES MAGISTRATE JUDGE

Date: 11/16/18